## AARON MANNING *vs.* THE STATE OF MISSOURI.

### ERROR to St. Louis Criminal Court.

*Per Curiam.*—This case is not materially different from the case of Freleigh *vs.* The State, and the same disposition is made of it.

Judgment reversed, and cause remanded.